## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. RUKHSANAH L. SINGH |
| v. | : | Mag. No. 24-14064 (RLS) |
| JEFFREY KNIFFIN | : | **ORDER FOR CONTINUANCE** |

1.  This matter came before the Court on the joint application of Alina Habba, United States Attorney for the District of New Jersey (Jonathan S. Garelick, Special Assistant United States Attorney, appearing), and defendant Jeffrey Kniffin (by John M. Holliday, Esq., appearing), for an order granting a continuance under 18 U.S.C. § 3161(h)(7)(A) through August 29, 2025.

2.  This Court granted four § 3161(h)(7)(A) continuances previously in this case.

3.  Counsel for the parties represented that this additional continuance is necessary for effective preparation and to permit the parties to attempt to resolve this case prior to indictment and thereby avoid a trial.

4.  Counsel for the United States also represented that this additional continuance is necessary to prevent any more non-excludable days under § 3161(h) from expiring.

5.  The defendant knows that he has the right under § 3161(b) to have this matter submitted to a grand jury within thirty days after his arrest.

6.  The defendant, through counsel, has consented to this continuance.

- 2 -

7. FOR GOOD CAUSE, THIS COURT FINDS that this case should be continued for the following reasons:

    a. Plea negotiations have concluded, the United States and the defendant have reached an agreement in principle that would render grand jury proceedings and a trial in this matter unnecessary;

    b. The grant of a continuance will allow the scheduling of a hearing for the Court to consider the aforementioned agreement;

    c. The defendant has consented to the aforementioned continuance;

    d. The grant of a continuance will likely conserve judicial resources; and

    e. Thus, the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore:

ORDERED that this action is continued from June 30, 2025 through August 29, 2025; and it is further

ORDERED that those days are excluded in computing time under the Speedy Trial Act of 1974; and it is further

ORDERED that nothing in this Order or the application prompting it is a finding or representation that less than 31 non-excludable days under § 3161(h) have expired.

_____
HON. RUKHSANAR D. SINGH
UNITED STATES MAGISTRATE JUDGE

Dated: June 25th, 2025

Form and entry consented to:

_____
Jonathan S. Garelick
Special Assistant U.S. Attorney

_____
John M. Holliday, Esq.
Counsel for Jeffrey Kniffin

_____
Martha K. Nye
Attorney-in-Charge
Trenton Branch Office